CHARLES A. JONES ESQ. {SBN 224915}
KELLY MCINERNEY ESQ. {SBN 200017}
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, MICHAEL C. RIGHETTI,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI, | Case No.: 3:13-cv-05224-JD |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| REVEN MEDIA, LLC, | |
| Defendant. | |

1  NOTICE IS HEREBY GIVEN THAT: pursuant to Fed. R. Civ. Proc. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 24, 2014

RESPECTFULLY SUBMITTED,
**JONES LAW FIRM**

/s/ **Charles A. Jones**
Charles A. Jones, Esq. Attorneys for Plaintiff

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno Nevada, 89521.

On this day of April 24, 2014, I caused to be sent via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing

    1.    NOTICE OF VOLUNTARY DISMISSAL

properly address to the following:

Reven Marketing & Media, LLC
3100 Bristol St. #323
Costa Mesa, CA 92626

   __X__ (VIA MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with JONES LAW FIRM's practice for collection and processing of documents for mailing with the United States Postal Service the same day as the day of collection in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

    Executed on April 24, 2014, at Reno, Nevada.

                                                      Mariett Mikes